IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

IN RE:

WILLIAMS, TONY,  CASE NO:  08-12037-MAM

Debtor.  CHAPTER: 13

### ORDER ON MOTION FOR RELIEF FROM AUTOMATIC STAY
### AND CO-DEBTOR STAY FILED BY U.S. BANK, N. A.

This matter coming before the Court on the Motion for Relief from Automatic Stay and Co-Debtor Stay filed by U.S. BANK, N. A. (hereinafter "Creditor"), and this Court being informed of the agreement of the parties hereto, it is therefore **ORDERED, ADJUDGED AND DECREED** as follows:

1. The Creditor may file a claim for the post-petition mortgage arrearage through December, 2008 plus attorney fees and costs in connection with Creditor's Motion for Relief from Stay and Co-Debtor Stay. The arrearage to be put into the plan is as follows:

   | | |
   |---|---|
   | 5 payments @ $678.02 for 08/08 through 12/08: | $3,390.10 |
   | 5 late charges @ $27.12 for 08/08 through 12/08: | $ 135.60 |
   | Property Inspection Fees: | $ 60.00 |
   | Attorney Fees and Costs: | $ 650.00 |
   | Less Suspense: | ($ 341.98) |
   | Total: | $3,893.72 |

2. The Motion for Relief from Stay and Co-Debtor Stay filed by U.S. BANK, N. A. is hereby conditionally denied. However, should the Debtor default under the mortgage agreement between the parties beginning January, 2009, the Motion for Relief from Stay and Co-Debtor Stay is granted if the Creditor gives the Debtor and the Debtor's attorney fifteen (15) days written notice of opportunity to cure. If the default is not cured within fifteen (15) days from the date the notice is issued, then the stay shall lift without further order of the Court. Further, the Creditor is allowed to communicate with the Debtor(s) any communication required under the note and mortgage or under state law. Waiver of default shall not constitute waiver of subsequent default. The Debtor is responsible for reasonable attorney fees involved in the enforcement of this order.

Dated: January 7, 2009

*Margaret A. Mahoney*
MARGARET A. MAHONEY
U.S. BANKRUPTCY JUDGE

This document was prepared by:

THOMAS TUTTEN, JR., Esquire
SIROTE & PERMUTT, P.C.
P.O. Box 55887
Birmingham, Alabama 35255-5887
Telephone: 205-930-5325

PARTIES TO RECEIVE COPIES:

John Grow, II.
P. O. Box 398
82 St. Michael Street
Mobile, AL 36601-0398

Tony Williams
5550 N. Woodside Drive
Mobile, AL 36608

Carlotta Williams
5550 N. Woodside Drive
Mobile, AL 35508

John C. McAleer, III.
US Bankruptcy Court, Southern District
P. O. Box 1884
Mobile, AL. 36633

Sirote & Permutt, P.C.
Thomas G. Tutten
2311 Highland Avenue South
Birmingham, AL 35205